

# Missouri Court of Appeals
## Southern District

**AUGUST 5, 2014**

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD32951

    Re:  JANELLE TACKETT,
         Appellant,
         vs.
         BUCHELE and ASSOCIATES
         SURGICAL SERVICES, L.L.C., and
         ALAN BUCHELE, M.D.,
         Respondents.